RALPH A. LOMBARDI, State Bar No 048217
LORI A. SEBRANSKY, (State Bar No. 125211)
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendant
AMERICAN STATES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A. MELONS, INC. dba Melons Catering & Events,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN STATES INSURANCE, SAFECO INSURANCE COMPANIES, and DOES 1-20,<br><br>Defendants. | No. C 06-01917 MHP<br><br>**STIPULATION AND ORDER DEFERRING INITIAL CASE MANAGEMENT CONFERENCE AND FILING OF JOINT CASE MANAGEMENT STATEMENT** |

WHEREAS this matter is currently set for an Initial Case Management Conference on July 10, 2006 at 4:00 p.m.; and

WHEREAS the parties are currently ordered to file a Joint Case Management Conference Statement on or before July 3, 2006; and

WHEREAS the parties have agreed to engage in private mediation and are presently scheduled to do so on July 7, 2006; and

WHEREAS the parties desire to minimize to the extent possible fees and costs and to avoid the preparation of documents and the making of appearances which may be rendered moot by the mediation process:

NOW, THEREFORE, AND IN CONSIDERATION OF THE FOREGOING the parties hereto, by and through their respective counsel, hereby jointly request that the Court extend for at least 30 days the parties' time to file a Joint Case Management Conference Statement and that the

Court reschedule the July 10, 2006 Initial Case Management Conference for a date at least 30 days later than the currently scheduled Conference in order to allow the parties sufficient time to participate in the mediation process.

DATED: June 16, 2006

LOMBARDI, LOPER & CONANT, LLP

By: _____
RALPH A. LOMBARDI
Attorneys for Defendant

DATED: June 16, 2006

LAW OFFICES OF JANET BRAYER

By: _____
JANET BRAYER
Attorneys for Plaintiff

## ORDER

The Court having read and considered the joint request of the parties for an order deferring the Initial Case Management Conference and the filing of the Joint Case Management Conference Statement, and good cause appearing:

IT IS HEREBY ORDERED that the Initial Case Management Conference presently set for July 10, 2006 at 4:00 p.m. is continued to SEPTEMBER 11, 2006 at 4 p.m.

IT IS FURTHER ORDERED that the Joint Case Management Conference Statement of the parties shall be filed not later than SEPTEMBER 5, 2006.

DATED: June 20, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600