RALPH A. LOMBARDI, State Bar No 048217
LORI A. SEBRANSKY, (State Bar No. 125211)
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendant
AMERICAN STATES INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.A. MELONS, INC. dba Melons Catering & Events, <br><br>             Plaintiff, <br><br>    v. <br><br> AMERICAN STATES INSURANCE, SAFECO INSURANCE COMPANIES, and DOES 1-20, <br><br>             Defendants. | **No. C 06-01917 MHP** <br><br> **STIPULATION AND ORDER FURTHER DEFERRING INITIAL CASE MANAGEMENT CONFERENCE AND FILING OF JOINT CASE MANAGEMENT STATEMENT** |

WHEREAS this matter is currently set for an Initial Case Management Conference on September 20, 2006 at 10:00 a.m.; and

WHEREAS the parties are currently ordered to file a Joint Case Management Conference Statement on or before September 8, 2006; and

WHEREAS the parties were originally scheduled to engage in private mediation on July 7, 2006; and

WHEREAS scheduling difficulties precluded proceeding on July 7; and

WHEREAS the parties participated in an all-day mediation on August 29, 2006; and

WHEREAS at the conclusion of the August 29, 2006 mediation plaintiff agreed to provide to defendant, within 15 days, certain financial records for review and analysis, and the parties agreed to reconvene the mediation within 30 days following the providing of the records; and

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

CASE NO.  C-06-01917 MHP
STIPULATION AND ORDER FURTHER DEFERRING INITIAL CASE MANAGEMENT CONFERENCE

1  WHEREAS the parties desire to minimize to the extent possible fees and costs and to avoid the preparation of documents and the making of appearances which may be rendered moot by the mediation process:

NOW, THEREFORE, AND IN CONSIDERATION OF THE FOREGOING the parties hereto, by and through their respective counsel, hereby jointly request that the Court extend for at 45-60 days the parties' time to file a Joint Case Management Conference Statement and that the Court reschedule the September 20, 2006 Initial Case Management Conference for a date at least 45-60 days later than the currently scheduled Conference in order to allow the parties sufficient time to further participate in the mediation process.

DATED: September 1, 2006

LOMBARDI, LOPER & CONANT, LLP


By: /s/ Ralph A. Lombardi
RALPH A. LOMBARDI
Attorneys for Defendant


DATED: September 1, 2006

LAW OFFICES OF JANET BRAYER


By: /s/ Janet Brayer
JANET BRAYER
Attorneys for Plaintiff

## **ORDER**

The Court having read and considered the joint request of the parties for an order deferring the Initial Case Management Conference and the filing of the Joint Case Management Conference Statement, and good cause appearing:

IT IS HEREBY ORDERED that the Initial Case Management Conference presently set for September 20, 2006 at 10:00 p.m. is continued to November 20, 2006 at 4:00 p.m.

///

STIPULATION AND ORDER FURTHER DEFERRING INITIAL CASE MANAGEMENT CONFERENCE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

1    IT IS FURTHER ORDERED that the Joint Case Management Conference Statement of the
2    parties shall be filed not later than  November 13, 2006  .
3        DATED:  9/6/2006



3    CASE NO. C-06-01917 MHP

STIPULATION AND ORDER FURTHER DEFERRING INITIAL CASE MANAGEMENT CONFERENCE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699