1  RALPH A. LOMBARDI, State Bar No 048217
   LORI A. SEBRANSKY, (State Bar No. 125211)
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
4  TEL: (510) 433-2600
   FAX: (510) 433-2699
5
   Attorneys for Defendant
6  AMERICAN STATES INSURANCE COMPANY

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10 J.A. MELONS, INC. dba Melons Catering &  )   No. C 06-01917 MHP
   Events,                                  )
11                                          )   STIPULATION AND ORDER
               Plaintiff,                   )   FURTHER DEFERRING INITIAL CASE
12                                          )   MANAGEMENT CONFERENCE AND
        v.                                  )   FILING OF JOINT CASE
13                                          )   MANAGEMENT STATEMENT
   AMERICAN STATES INSURANCE, SAFECO )
14 INSURANCE COMPANIES, and DOES 1-20, )
                                            )
15             Defendants.                  )
                                            )
16

17      WHEREAS this matter is currently set for an Initial Case Management Conference on

18 November 20, 2006 at 10:00 a.m., having been continued one time to allow the parties to

19 participate in mediation before Donald Farbstein; and

20      WHEREAS the parties are currently ordered to file a Joint Case Management Conference

21 Statement on or before November 13, 2006; and

22      WHEREAS the parties participated in an all-day mediation on August 29, 2006; and

23      WHEREAS at the conclusion of the August 29, 2006 mediation plaintiff agreed to provide

24 to defendant with certain financial records for review and analysis, and the parties agreed to

25 reconvene the mediation within 30 days following the providing of the records; and

26      WHEREAS plaintiff has provided defendant with the requested financial records; and

27      WHEREAS the parties are having difficulty scheduling the further day of mediation as

28

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

CASE NO. C-06-01917 MHP
STIPULATION AND ORDER FURTHER DEFERRING INITIAL CASE MANAGEMENT CONFERENCE
02280-35306 RAL 527759.1

there are at least 7 persons that must attend the mediation and plaintiff will not be able to attend a mediation during the month of December 2006; and

WHEREAS the parties desire to minimize to the extent possible fees and costs and to avoid the preparation of documents and the making of appearances which may be rendered moot by the mediation process:

NOW, THEREFORE, AND IN CONSIDERATION OF THE FOREGOING the parties hereto, by and through their respective counsel, hereby jointly request that the Court extend for 60 days the parties' time to file a Joint Case Management Conference Statement and that the Court reschedule the November 20, 2006 Initial Case Management Conference for a date thereafter in order to allow the parties sufficient time to further participate in the mediation process.

DATED: October 16, 2006

LOMBARDI, LOPER & CONANT, LLP

By: /s/ Ralph A. Lombardi
RALPH A. LOMBARDI
Attorneys for Defendant

DATED: October 16, 2006

LAW OFFICES OF JANET BRAYER

By: /s/ Janet Brayer
JANET BRAYER
Attorneys for Plaintiff

### ORDER

The Court having read and considered the joint request of the parties for an order deferring the Initial Case Management Conference and the filing of the Joint Case Management Conference Statement, and good cause appearing:

IT IS HEREBY ORDERED that the Initial Case Management Conference presently set for November 20, 2006 at 10:00 p.m. is continued to January 22, 2007, ~~2006~~ at 3:00 p.m.

1  IT IS FURTHER ORDERED that the Joint Case Management Conference Statement of the
2  parties shall be filed not later than  January 16, 2007    .

4  DATED:  10/24/2006



_____
HON.
JUDGE
Judge Marilyn H. Patel

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

3                                                    CASE NO. C-06-01917 MHP
STIPULATION AND ORDER FURTHER DEFERRING INITIAL CASE MANAGEMENT CONFERENCE
02280-35306 RAL 527759.1