RALPH A. LOMBARDI, State Bar No 048217
LORI A. SEBRANSKY, (State Bar No. 125211)
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendant
AMERICAN STATES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A. MELONS, INC. dba Melons Catering & Events,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN STATES INSURANCE, SAFECO INSURANCE COMPANIES, and DOES 1-20,<br><br>Defendants. | No. C 06-01917 MHP<br><br>STIPULATION AND ORDER FURTHER DEFERRING INITIAL CASE MANAGEMENT CONFERENCE AND FILING OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF SETTLEMENT |

WHEREAS this matter is currently set for an Initial Case Management Conference on January 22, 2007 at 3:00 a.m., having been continued two times to allow the parties to participate in mediation before Donald Farbstein; and

WHEREAS the parties have entered into a settlement, and anticipate filing a dismissal within the next 45 days, and pursuant to the settlement will circulate a draft of the Settlement Agreement on or before January 18, 2007;

WHEREAS the parties are currently ordered to file a Joint Case Management Conference Statement on or before January 16, 2007; and

WHEREAS the parties desire to minimize to the extent possible fees and costs and to avoid the preparation of documents and the making of appearances that are rendered moot by the settlement that has been entered into:

---

CASE NO. C-06-01917 MHP

STIPULATION AND ORDER FURTHER DEFERRING INITIAL CASE MANAGEMENT CONFERENCE

/

NOW, THEREFORE, AND IN CONSIDERATION OF THE FOREGOING the parties hereto, by and through their respective counsel, hereby jointly request that the Court extend for 60 days the parties' time to file a Joint Case Management Conference Statement and that the Court reschedule the Initial Case Management Conference for a date thereafter.

DATED: January 11, 2007

LOMBARDI, LOPER & CONANT, LLP

By: /s/ Ralph A. Lombardi
RALPH A. LOMBARDI
Attorneys for Defendant

DATED: January 11, 2007

LAW OFFICES OF JANET BRAYER

By: /s/ Janet Brayer
JANET BRAYER
Attorneys for Plaintiff

### ORDER

The Court having read and considered the joint request of the parties for an order deferring the Initial Case Management Conference and the filing of the Joint Case Management Conference Statement, and good cause appearing:

IT IS HEREBY ORDERED that the Initial Case Management Conference presently set for January 22, 2007 at 3:00 p.m. is continued to March 12, 2007 at 4:00 p.m.

IT IS FURTHER ORDERED that the Joint Case Management Conference Statement of the parties shall be filed not later than March 5, 2007.

DATED: 1/16/07

HON. MARILYN HALL PATEL
JUDGE OF THE DISTRICT COURT