RALPH A. LOMBARDI, State Bar No 048217
LORI A. SEBRANSKY, (State Bar No. 125211)
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendant
AMERICAN STATES INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.A. MELONS, INC. dba Melons Catering & Events,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN STATES INSURANCE, SAFECO INSURANCE COMPANIES, and DOES 1-20,<br><br>　　　　Defendants. | **No. C 06-01917 MHP**<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER F.R.C.P. 41(A)(2) AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES OF RECORD:

　　Plaintiff J.A. MELONS, INC. dba Melons Catering & Events, by and through its attorney of record, and defendant AMERICAN STATES INSURANCE COMPANY, by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

　　DATED: January 22, 2007

　　　　　　　　　　　　　　　　　　LAW OFFICES OF JANET BRAYER


　　　　　　　　　　　　　　　　　　By: :＿＿＿／s/Janet Brayer＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　JANET BRAYER
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

---

1　　　　　　　　　　　　　　　　　　　　　CASE NO. C-06-01917 MHP

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON**

02280-35306 RAL 531885.1

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

1  DATED: January 22, 2007

2                  LOMBARDI, LOPER & CONANT, LLP

3

4              By: _____/s/ Ralph A. Lombardi_____
                      RALPH A. LOMBARDI
5                        Attorneys for Defendant

6

7  **<u>ORDER DISMISSING ACTION WITH PREJUDICE</u>**

8     The court having read and considered the foregoing stipulation, and good cause appearing,

9  IT IS SO ORDERED.

10     DATED:_____ 1/24 _____, 2007

11

12                   JUDGE OF THE DISTRICT COURT

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

2       CASE NO.  C-06-01917 MHP

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON**

02280-35306 RAL 531885.1